HENRIETTA HOWARD, PETITIONER-RESPONDENT, v. HARWOOD'S RESTAURANT CO., RESPONDENT-PETITIONER.

See same case below: 43 *N. J. Super.* 301.

*Messrs. Toner, Crowley, Woelper & Vanderbilt* for the petitioner.

*Mr. Louis C. Jacobson* for the respondent.

March 25, 1957. Granted.

BROOKCHESTER COMMUNITY ASSOCIATION, INCORPORATED, PLAINTIFF-PETITIONER, v. BROOKCHESTER, INC., SECTIONS 1 TO 10, INCLUSIVE, DEFENDANTS-RESPONDENTS.

See same case below: 43 *N. J. Super.* 35.

*Mr. James A. Major* for the petitioner.

*Messrs. Van Riper & Belmont* for the respondents.

March 25, 1957. Denied.